**GEORGE W. DAVIS, doing business as DAVIS TAXI COMPANY, v. W. A. WARD and CHARLIE POLK.**

19 So. (2nd) 834      June Term, 1944
November 17, 1944      Division B
Rehearing denied December 22, 1944

*Coe & Eggart,* for appellant.

*D. W. Berry,* for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.